**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**RICHARD BLANEY (now**
**DEBORAH WILLIAMS, as**
**Personal Representative of the**
**Estate of Richard Blaney, Deceased),**

　　　Plaintiff-Appellant,

v.                                                                        NO. 28,922

**JAMES SHIVER, NANCY SHIVER,**
**KEITH and LORRAINE CULLIMS,**
**FARMERS EXCHANGE BANK, and**
**ANY AND ALL UNKNOWN CLAIMANTS,**

　　　Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Theresa M. Baca, District Judge**

Smith Law Offices PA
Jack A. Smith
Albuquerque, NM

for Appellant Richard Blaney

Joshua R. Simms PC
Joshua R. Simms
Albuquerque, NM

for Appellant Deborah Williams

Law Offices of Robert P. McNeil
Robert P. McNeil
Albuquerque, NM

for Appellee Farmers Exchange Bank

Alex Chisolm
Albuquerque, NM

for Appellee James Shiver

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

_____
                                    **CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Chief Judge**

_____
**RODERICK T. KENNEDY, Judge**